**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

WILLIAM J. SANDERS

    VS                                                                                         CASE NO.  3:07cv402 MCR/MD

BAY STATE CABLE TIES, LLC.

**REFERRAL AND ORDER**

Referred to Judge Rodgers on       April 10, 2009
Type of Motion/Pleading: MOTION TO DISMISS OR IN THE ALTERNATIVE REMAND NON-PATENT RELATED CLAIMS TO PENDING STATE COURT PROCEEDINGS
Filed by: Third Party         on 4/24/09     Document 181
       Defendants, R. L.
       Oestreich and Americas
       Merchandise Company
(  ) Stipulated/Consented/Joint Pleading
RESPONSES:
                                               on             Doc.#
                                               on             Doc.#
                                               WILLIAM M. McCOOL, CLERK OF COURT

                                               /s/ Lynn C. Uhl
                                             Deputy Clerk: Lynn Uhl

**ORDER**

     Upon consideration of the foregoing, it is ORDERED this 10th day of April, 2009, that:

     The requested relief is GRANTED.  The position of defendants Robert L. Oestreich and Americas Merchandise Enterprises, Inc., is well-taken, and defendant, Bay State Cable Ties, LLC, has not responded.  The state law claims (4th and 5th claims for relief) asserted in Bay State's Third-Party Complaint (doc. 17) are DISMISSED with prejudice.

                                                                          s/ *M. Casey Rodgers*
                                                     **M. CASEY RODGERS**
                                                     **UNITED STATES DISTRICT JUDGE**

Entered On Docket:                By:
Rules 58 & 79(a) FRCP or 32(d)(1) & 55 FRCRP
Copies sent to:

Document No.