IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

WILLIAM J. SANDERS,

    Plaintiff/Counter-defendant,

vs.                                      Case No.: 3:07cv402/MCR/MD

BAY STATE CABLE TIES, LLC

    Defendant/Counterclaimant/
    Third Party Claimant,

vs.

SANDERS MANUFACTURING CO., INC.,
ROBERT L. OESTRIECH,
THOMAS R. DAVIDSON, and
AMERICAS MERCHANDISE ENTERPRISES,

    Third Party Defendants
_____/

**O R D E R**

A pretrial conference was held in this matter on August 7, 2009. Present were John Horton for William J. Sanders, Roger Clark for Bay State Cable Ties, LLC and William Kilpatrick for Robert L. Oestriech and America's Merchandise Enterprises. The following matters were discussed and agreed upon:

    1.    Trial will begin on **Monday**, **August 17, 2009, at 8:30 a.m.**

    2.    In accord with the parties' representation to the court, this will be a bench trial.

    3.    Bay State Cable Ties, LLC, and its counsel, Roger Clark are excused from attending the trial.

    4.    The parties are instructed that if settlement is reached before the beginning of trial, the court should be promptly notified.

5. Any special request for court reporter services, such as daily copy, must have been submitted to the court reporter, Gwen Kesinger, by close of business on Monday, **August 10, 2009.**

6. Trial schedule will be from 8:30 am to 5:30 pm. During the trial, the court will take one twenty (20) minute break in the morning and one twenty (20) minute break in the afternoon. Lunch will usually be one (1) hour. Parties shall promptly inform the court of any conflicts that arise.

7. Attorneys are allowed to have cell phones and laptops in the courthouse. Laptops can and may be used in the courtroom. Cell phones, however, must be left in the attorney conference rooms.

8. A party seeking to invoke the rule of sequestration must do so at trial.

9. Motions in limine must be filed by **5:00 pm, Thursday, August 13, 2009.**

10. The parties must submit proposed findings of fact and conclusions of law to the Clerk of Court by **5:00 pm, Friday, August 14, 2009,** with an *editable copy* (in word processing format only, not .pdf) delivered by e-mail to chambers at flnd_rodgers@flnd.uscourts.gov.

11. In preparing to present this case, counsel should familiarize themselves with the requirements of the Addendum to the Local Rules of the Northern District of Florida on Customary and Traditional Conduct and Decorum in the United States District Court, which the court expects to be observed during the course of this trial.

**DONE and ORDERED** this 10th day of August, 2009.

           s/ *M. Casey Rodgers*
           **M. CASEY RODGERS**
           **UNITED STATES DISTRICT JUDGE**