IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

WILLIAM J. SANDERS,

    Plaintiff/Counter-defendant,

v.                                         CASE NO.: 3:07cv402/MCR/MD

BAY STATE CABLE TIES, LLC,

    Defendant/Counterclaimant/
    Third Party Claimant,

v.

SANDERS MANUFACTURING CO., INC.,
ROBERT L. OESTRIECH,
THOMAS R. DAVIDSON, and
AMERICAS MERCHANDISE ENTERPRISES,

    Third Party Defendants.
    _____/

## ORDER OF DISMISSAL

This cause is before the court upon the Joint Stipulation for Dismissal of All Remaining Counts filed by Plaintiff. (Doc. 228). Upon consideration of the foregoing, the above-entitled action is **DISMISSED** without prejudice, each party to bear their respective costs. The Clerk is directed to close the case in its entirety for all purposes.

**ORDERED** on this 18th day of August, 2009.

                                        *s/ M. Casey Rodgers*
                                        **M. CASEY RODGERS**
                                        **UNITED STATES DISTRICT JUDGE**